IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Cy Abdel

No. C  C 05-01685 JCS

Plaintiff

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

v.

IKON Office Solutions, Inc.

**ADR CERTIFICATION**

Defendant.

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   ☐ ENE   ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: August 11, 2005
Attorney for Plaintiff
Cy Abdel

Dated: August 12, 2005
Attorney for Defendant
IKON Office Solution, Inc.

IT IS SO ORDERED:

Dated: Aug. 15, 2005
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**

REV. 5/03
2002 © American LegalNet, Inc.

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 7-21-05
[Typed name and signature of plaintiff]
Cy Michael Abdel

Dated: 7-28-05
[Typed name and signature of counsel for plaintiff]
Thomas E. Kotoske

Dated: _____ See attached
[Typed name and signature of defendant]
Michaune D. Tillman for IKON Office Solutions, Inc.

Dated: 8-12-05
[Typed name and signature of counsel for defendant]
Robin E. Weideman

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPCJA.FRM                 2                           REV. 5/00

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____    _____
[Typed name and signature of plaintiff]

Dated: _____    _____
[Typed name and signature of counsel for plaintiff]

Dated: 8/12/05                     *Ikon Office Solutions, Inc.*
[Typed name and signature of defendant]

Dated: 8/12/05                     *Michaune D. Tillman/PB*
[Typed name and signature of counsel for defendant]