UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CY M. ABDEL, | Case No. C05-1685 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| IKON OFFICE SOLUTIONS, INC., | |
| Defendant(s). | |

By letter dated December 7, 2005, the parties presented to the Court a dispute concerning and the applicability of the Attorney-Client Privilege to four documents. The Court interprets this letter as a motion to compel production of the four documents referenced in the letter (the "Motion").

The Court has reviewed the four documents in camera and hereby ORDERS as follows: attached hereto as "Exhibit A" is a copy of the four documents in dispute. Exhibit A shall be filed under seal and may be disclosed only to court personnel and to counsel for Defendant. The Court has determined that those portions of the documents highlighted by the Court in yellow on the Exhibit A are not protected by the Attorney-Client Privilege and shall be produced to Plaintiff forthwith.

IT IS SO ORDERED.

Dated: December 15, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

1
2
3
4
5          **EXHIBIT A**
6
7
8
9
10         **FILED UNDER SEAL**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California