**United States District Court**

For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6  CY M. ABDEL,                                  Case No.  05-01685 JCS

7              Plaintiff(s),

8       v.                                        **ORDER GRANTING REQUEST FOR
                                                  CONTINUANCE OF CASE
                                                  MANAGEMENT CONFERENCE**
9   IKON OFFICE SOLUTIONS, INC.,                  **SCHEDULED FOR MARCH 3, 2006
                                                  [Docket No. 21]**
10             Defendant(s).

11  _____/

12         On January 12, 2006, Defendant filed a Request for Continuance of Case Management

13  Conference (the "Request").

14         IT IS HEREBY ORDERED that the Request is GRANTED.  The further case management

15  conference, currently set for March 3, 2006 at 1:30 p.m., has been continued to **March 17, 2006, at**

16  **1:30 p.m.**  The updated joint case management conference statement shall be filed by **March 10,**

17  **2006.**

18         IT IS SO ORDERED.

19

20  Dated:  January 17, 2006

21                                                _____
                                                  JOSEPH C. SPERO
22                                                United States Magistrate Judge

23

24

25

26

27

28