**THOMAS E. KOTOSKE**
A PROFESSIONAL LAW CORPORATION
Embarcadero Corporate Center
2479 E. Bayshore Rd., Suite 703
PALO ALTO, CALIFORNIA 94303

TELEPHONE (650) 320-0060
FACSIMILE (650) 320-0080

Via E-Filing

May 30, 2006

Hon. Joseph C. Spero
United States Magistrate Judge
Courtroom A, 15th Floor
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

        Re: Abdel v. IKON Office Solutions, Inc.
            Case No. C05-01685JCS

Dear Judge Spero:

    I wish to appear telephonically at the case management conference set for June 16, 2006 at 1:30p.m.

    My contact number is (650) 320-0060.

Sincerely,

Thomas E. Kotoske
TEK/rcm

Dated: May 30, 2006

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA