# Carlton DiSante & Freudenberger LLP

ATTORNEYS

8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

www.cdflaborlaw.com

**ORANGE COUNTY OFFICE**
2600 Michelson Drive
Suite 800
Irvine, California 92612
Telephone (949) 622-1661
Facsimile (949) 622-1669

**SAN DIEGO OFFICE**
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone (858) 646-0007
Facsimile (858) 646-0008

**LOS ANGELES OFFICE**
707 Wilshire Boulevard
Suite 5150
Los Angeles, California 90017
Telephone (213) 612-6300
Facsimile (213) 612-6301

**SAN FRANCISCO OFFICE**
260 California Street
Suite 500
San Francisco, California 94111
Telephone (415) 981-3233
Facsimile (415) 981-3246

Sender's e-mail:
rweideman@cdflaborlaw.com

June 5, 2006

**VIA E-FILING**

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Abdel v. IKON Office Solutions, Inc.
Case No. C-05-01685 JCS

Dear Judge Spero:

On behalf of Defendant IKON Office Solutions, I hereby request to appear telephonically at the Case Management Conference in this matter on June 16, 2006 at 1:30 p.m. I can be reached at (916) 361-0991. Thank you.

Very truly yours,

*Robin E. Weideman*

Robin E. Weideman
CARLTON DiSANTE & FREUDENBERGER LLP

**Signed in Absence to Avoid Delay**

Dated: June 6, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

228489.1