UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CY M. ABDEL, | Case No. 05-1685 JCS |
| Plaintiff(s), | **ORDER DENYING REQUEST FOR CONTINUANCE AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE** |
| v. | |
| IKON OFFICE SOLUTIONS, INC., | |
| Defendant(s). | |

On September 8, 2005, the Court set a hearing date of August 11, 2006 for dispositive motions in this case. Case Management and Pretrial Order (Jury), filed September 8, 2005. Following a Case Management Conference on June 16, 2006, the Court issued an order reiterating that the motion hearing date shall be August 11, 2006. In his Opposition, filed Plaintiff asked the Court to continue the date for filing his Opposition to August 11, 2006 because the deposition of Crisi Dominguez has not yet been completed. The Court DENIES Plaintiff's request.

Instead, Plaintiff shall be permitted to file excerpts of the scheduled July 31, 2006 Dominguez deposition and a supplemental brief, not to exceed 5 (five) pages, no later than August 2, 2006. The supplemental brief shall be limited to issues raised by the additional deposition testimony of Crisi Dominguez. Defendant shall be permitted to file a supplemental reply brief, also not to exceed 5 (five) pages, no later than August 4, 2006.

IT IS SO ORDERED.

Dated: July 24, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California