```
1   Thomas E. Kotoske, State Bar No. 046882
    Law Office of Thomas E. Kotoske
2   Embarcadero Corporate Center
    2479 E. Bayshore Road, Suite 703
3   Palo Alto, CA  94303
    (650) 320-0060
4
    Attorney for Plaintiff,
5   CY M. ABDEL


6

    Robin E. Weideman
7   Carlton DiSante & Freudenberger LLP
    8950 Cal Center Drive, Suite 160
8   Sacramento, CA  95826
    (916) 361-0991
9

10  Attorney for Defendant,
    IKON Office Solutions, Inc.
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CY M. ABDEL, | Case No.: C 05-01685 JCS |
| Plaintiff, | |
| vs. | ~~REQUEST FOR DISMISSAL~~ AND ORDER THEREON |
| IKON OFFICE SOLUTIONS, INC. a corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |
| AND RELATED CROSS ACTION | |

   Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure., it is hereby stipulated between the parties that:

   1) Plaintiff dismisses, with prejudice, the third cause of action (wage claim) of his complaint,

   2) The defendant dismisses, with prejudice, its entire cross-complaint; and,

Request for Dismissal                                1

3) The parties will bear their own costs and attorney fees related to this action.

**SO STIPULATED**

Date: September ___, 2006

_____
Cy M. Abdel, Plaintiff

Date: September ___, 2006

_____
Thomas E. Kotoske, Attorney for
Plaintiff and Cross-Defendant

Date: September 29, 2006

_____
IKON Office Solutions, Inc.
Defendant and Cross-Complainant

Date: September 29, 2006

_____
Carlton DiSante & Freudenberger,
Attorney for IKON Office Solutions, Inc.

**SO ORDERED**

Pursuant to the above stipulation of the parties, this matter as to plaintiff's third cause of action of his complaint and defendant's cross-complaint are dismissed with prejudice and the parties are to bear their own respective costs and attorney fees.

Date: September ___, 2006

_____
Hon. Joseph C. Spero
United States Magistrate Judge

Request for Dismissal                                  2

3) The parties will bear their own costs and attorney fees related to this action.

<u>**SO STIPULATED**</u>

Date: September 25, 2006

_____
Cy M. Abdel, Plaintiff

Date: September 26, 2006

_____
Thomas E. Kotoske, Attorney for
Plaintiff and Cross-Defendant

Date: September ___, 2006

_____
IKON Office Solutions, Inc.
Defendant and Cross-Complainant

Date: September ___, 2006

_____
Carlton DiSante & Freudenberger,
Attorney for IKON Office Solutions, Inc.

<u>**SO ORDERED**</u>

Pursuant to the above stipulation of the parties, this matter as to plaintiff's third cause of action of his complaint and defendant's cross-complaint are dismissed with prejudice and the parties are to bear their own respective costs and attorney fees.

October 6
Date: ~~September~~ ___, 2006

_____
Hon. Joseph C. Spero
United States Magistrate Judge

Request for Dismissal                              2